# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LONGHORN HD LLC., | § § | |
| Plaintiff, | § § | Case No. 2:19-cv-124 |
| v. | § § | **JURY TRIAL DEMANDED** |
| FORTINET INC., | § § § | |
| Defendant. | § § | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Longhorn HD LLC. states that its parent corporation is Alpha Alpha Intellectual Partners LLC.

Dated: April 16, 2019

Respectfully submitted,

 */s/ Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: afabricant@brownrudnick.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@brownrudnick.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@brownrudnick.com
John A. Rubino
NY Bar No. 5020797
Email: jrubino@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-2801

**ATTORNEYS FOR PLAINTIFF
 LONGHORN HD LLC.**