# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| LONGHORN HD, LLC, § § | |
| § | Case No. 2:19-cv-00124-WCB |
| Plaintiff, § § | |
| v. § | **JURY TRIAL DEMANDED** |
| § | |
| FORTINET INC., § § | |
| Defendant. § § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff Longhorn HD, LLC, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against Defendant Fortinet Inc.

Dated: July 8, 2019                                             **BROWN RUDNICK LLP**

   /s/ Vincent J. Rubino, III
Alfred R. Fabricant
NY Bar No. 2219392
Email: afabricant@brownrudnick.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@brownrudnick.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@brownrudnick.com
John A. Rubino
NY Bar No. 5020797
Email: jrubino@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

                    Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@trueloelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

**ATTORNEYS FOR PLAINTIFF,
LONGHORN HD, LLC**

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 8, 2019, a copy of this document was served on Defendant Fortinet Inc. via First Class mail to:

Fortinet Inc.
Judicial District
6111 W. Plano Parkway, #2100
Plano, TX 75093

                                                  /s/ Vincent J. Rubino, III
                                                    Vincent J. Rubino, III