# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LONGHORN HD, LLC, | § § § | Case No. 2:19-cv-00124-WCB |
| Plaintiff, | § § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| FORTINET INC., | § § § | |
| Defendant. | § § § | |

## ORDER OF DISMISSAL

Pursuant to the Notice of Voluntary Dismissal With Prejudice, Dkt. No. 15, the case is

dismissed with prejudice.


IT IS SO ORDERED.

SIGNED this 16th day of July, 2019.


_____

WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE